UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-60530-AHS

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**
**AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendant:

HERO WORLD LIMITED (DOE 63)

| | |
|---|---|
| Date:  May 3, 2024 | Respectfully submitted by, |
| | **Richard Guerra** |
| | Richard Guerra (Fla. Bar No. 689521) |
| | Email: rguerra@brickellip.com |
| | THE BRICKELL IP GROUP, PLLC |
| | 1101 Brickell Avenue, South Tower, Suite 800 |
| | Miami FL, 33131 |
| | Telephone: (305) 728-8831 |
| | |
| | *Attorneys for Plaintiff* |