UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-60530-AHS

TESLA, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

**CORRECTED NOTICE OF VOLUNTARY DISMISSAL
AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses **WITH** prejudice all claims against the following Defendants:

MOTENIO (DOE 217)

UTOPIA2025 (DOE 192)

TOPFASHION2000 (novsight-motor) (DOE 428)

THEDEADGOODSHOP (DOE 432)

ORIGINALPARTS-OEM (DOE 108)

LEGEND-AUTOPARTS-UPGRADE (DOE 208)

NEWLIFE-AUTO-US (DOE 231)

FUKNIGHT-AUTO-US (DOE 273)

ELUXIUM (DOE 314)

EWAYBAYS (DOE 272)

NOVAHOBBY (DOE 140)

CHINASIGN (DOE 460)

ZONFANT AUTO PARTS (DOE 46)

TORCHBEAM-AUTOWORLD (DOE 195)

ONECOLORRAIN (DOE 172)

COLORRAIN7 (DOE 196)

ZHANGAOY32 (DOE 202)

COOL_CARMOTOR_02 (DOE 383)

CN_COOLCAR_TREND_04 (DOE 413)

COOL_CARMOTOR_01 (DOE 455)

TANG368 (DOE 107)

01RYAN (DOE 218)

WASHUN-7758 (DOE 228)

ZTEONG79 (DOE 288)

TONYSTK (super-mat) (DOE 388)

LOWEEY (DOE 7)

BISH'S AUTOMOTIVE MOD SHOP (DOE 354)

ODYSSEY BAZAAR (DOE 327)

CARCRAFTWORLD (DOE 429)

Date:    May 25, 2024              Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Email: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831

*Attorneys for Plaintiff*