UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-60530-SINGHAL

TESLA, INC.

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Tesla, Inc. ("Tesla"), Defendant No. 168, Pyramidmotor a/k/a Kuipermotor ("Pyramidmotor"), and Defendant No. 403, Motormost a/k/a Mostmotor ("Motormost"), hereby stipulate that all of Tesla's claims against Pyramidmotor and Motormost in this action are dismissed with the parties to bear their own costs and attorneys' fees.

Dated: June 11, 2024.

| | |
|---|---|
| **Richard Guerra** | **Jianyin Liu** |
| Richard Guerra (Fla. Bar No. 689521) | Jianyin Liu (Fla. Bar No. 1007675) |
| Attorney Email Address: | Attorney Email Address: |
| rguerra@brickellip.com | jamesliulaw@gmail.com |
| THE BRICKELL IP GROUP, PLLC | THE LAW OFFICES OF JAMES LIU, LLC |
| 1101 Brickell Avenue, South Tower, Suite 800 | 9010 SW 25th ST Unit 1 |
| Miami, FL 33131 | Miami, FL 33165 |
| Telephone: (305) 728-8831 | Telephone: (305) 209-6188 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Pyramidmotor and Motormost* |