UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60530-CIV-DIMITROULEAS

TESLA, INC.,

       Plaintiff,

vs.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

       Defendants.
_____/

## ORDER GRANTING MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Plaintiff, Tesla, Inc.'s Motion for Entry of Final Default Judgment against Defendants (the "Motion") [DE 65], filed herein on June 13, 2024. The Court has carefully considered the Motion [DE 65] and is otherwise fully advised in the premises.

On June 12, 2024, the Clerk entered a default against the defaulting Defendants, the Individuals, Business Entities, or Unincorporated Associations identified on Schedule "A" to Plaintiff's instant Motion (collectively "Defendants") for failure to appear, answer or otherwise plead to the complaint filed herein within the time required. *See* [DE 64]. Thereafter, on June 13, 2024, Plaintiff filed the instant Motion [DE 65] seeking a default judgment against the defaulting Defendants. Two months have passed and, as of the date of this Order, Defendants failed to respond.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion [DE 65] is hereby **GRANTED**.[1]

---

[1] This Order does not apply to those defaulting Defendants who were voluntarily dismissed by Plaintiff after Plaintiff filed the Motion for Entry of Final Default Judgment against Defendants [DE 65]. *See* [DE's 66-76].

2. In accordance with Federal Rule of Civil Procedure 58, a separate final judgment will be entered.

3. Plaintiff is hereby **ORDERED** to (1) serve a copy of this Order upon Defendants in the manner prescribed by the Order Authorizing Alternative Service of Process on Defendants [DE 18] using the email addresses set forth below in the Motion for Entry of Final Default Judgment against Defendants [DE 65] at pp. 20-26 and (2) file a Notice of Compliance with the Court stating that it has done so.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 13th day of August, 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record